**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 28, 2013.**

**In The**

# Fourteenth Court of Appeals

### NO. 14-12-01113-CV

### JUDSON LINNABARY, Appellant

### V.

### GREGORY A. WARD, DURADRIL, LLC AND RIGMINDER, INC., Appellees

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-77896**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed September 12, 2012. On February 20, 2013, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.